## W. F. McNamara, &c., v. James W. Sibley, &c.

Discovery—Undisclosed Payments—Continuance—Pleading.

> Where an answer to a petition to foreclose a mortgage shows undisclosed payments, and a charge of usury, the defendant would be entitled to time for preparation, and an order of discovery.

### APPEAL FROM CAMPBELL CIRCUIT COURT.

September 15, 1870.

OPINION OF THE COURT BY JUDGE ROBERTSON:

The statute requires no demand or affidavit in this case, especially as there is no administrator.

But, while the pleadings and exhibits manifest a right to foreclose the mortgage, *in due time,* for whatever may be due upon it, the allegations, in the answer, of undisclosed payments and of usury to a large amount not precisely ascertained by the appellants, but known by the appellees, though vague and indefinite, were nevertheless issuable, and, rents averred by the appellees, entitled the appellants to some time for preparation either by requiring a discovery or by an inquisition before the master.

The forced submission for final decree only a few days after the filing of the answer was therefore premature and unauthorized, and the judgment for foreclosure and sale erroneous, especially as payments and reclaimable usury to some extent as alleged are not controverted by the appellees.

Wherefore, the judgment is reversed, and the cause remanded for further proceedings by a discovery the appellants have not yet prayed for; and for otherwise litigating the question of alleged payments and usury.

*Hallam, for appellants.*
*Benton, for appellees.*